No. 12–5192. SHAW v. WALKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5193. MURDOCK v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 12–5194. MCGAHA v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–5195. LEWIS v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5198. IJEWERE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5200. POSADOS-AGUILERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5202. FALCON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5203. HOWELL v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 12–5205. GARCIA v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5206. FOX v. DREW, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5207. LOFLEY v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 12–5208. GOREE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 12–5209. BRADY v. PERSSON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. Ct. App. Ore. Certiorari denied.

No. 12–5212. WOODFIN v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.